## U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Young

REPORTER: FTR

DOCKET NO.

DATE: 1/29/2020

EARLY APPOINTMENT OF COUNSEL FOR  Carl McNeil

DEFT PRESENT  (✓)

EARLY APPOINTMENT OF COUNSEL  (✓)

DEFT ADVISED OF RIGHTS, CHARGES, AND RIGHT TO COUNSEL (✓)

COUNSEL DESIRED  (✓)

FINANCIAL AFFIDAVIT FILED IN OPEN COURT  (✓)

APPOINTMENT OF COUNSEL APPROVED  (✓)   DENIED (  )

CASE SET: 10:30  BEGAN: 10:35  ENDED: 10:37  TIME IN COURT: 2 mins