AO 442 (Rev. 11/11) Arrest Warrant

FIO: 384064

# UNITED STATES DISTRICT COURT
### for the

Eastern _____ District of _____ Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.    3:21cr132  SEALED |
| | ) |
| | ) |
| | ) |
| Carl Anthony McNeill | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    CARL ANTHONY MCNEILL ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date:     11/17/2021

_____
*Issuing officer's signature*

City and state:    Richmond, Virginia

J. Smith, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11-17-2021 , and the person was arrested on *(date)* 12-2-2021
at *(city and state)*    Richmond, VA .

Date:    12-2-2021

_____
*Arresting officer's signature*

MICHAEL V. NERO  DUSM
*Printed name and title*

U.S. MARSHALS SERVICE
RECEIVED
2021 NOV A 10: 33
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION