CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL  
REPORTER: FTR  
DOCKET NO. 3:21cr132  
DATE: 12/2/21

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. Carl Anthony McNeill    1. Mary Maguire (x)
Deft appeared via VTC ( ) ZOOM ( )

APPEARANCES:  GOVERNMENT  Michael Moore  (r)
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

BAIL STATUS:  DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED ( ✓ )   BOND NOT SET ( )

TYPE OF PROCEEDINGS:  ARRAIGNMENT ( x )   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )
DETENTION ( )   OTHER: Initial (r)

PRELIMINARY PROCEEDINGS:  WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:  DATE OF ARREST: 12/2/21   GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( x )   DEFT ADVISED OF RULE 5 RIGHTS ( v )
FINANCIAL AFFIDAVIT ( )   COUNSEL TO BE APPOINTED ( x ) Mary Maguire
DEFT TO RETAIN COUNSEL ( )   Previously
GOVT'S MOTION TO DETAIN DEFT ( )   ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( )   DETENTION HEARING SET: _____

ARRAIGNMENT PROCEEDINGS:

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 McNeil | x | | | x | x | | |
| 2 | | | | | | | |

DETENTION HEARING PROCEEDINGS:  GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )
DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )   FLIGTH RISK ( )   DANGER ( )
DEFENDANT RELEASED ON PR BOND ( )   ELECTRONIC MONITORING ( )
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____

* Govt NOT seeking detention

* See page 2 for conditions of release

OTHER PROCEEDINGS:  MOTIONS ARE TO BE FILED WITHIN ___ DAYS; RESPONSES DUE ___ DAYS
THEREAFTER; ___ DAYS FOR REPLY.

* motion for Continuance of Trial Beyond Speedy trial Act received

* motion Deadlines stated for the record
* Counsel reminded of prosecutorial obligations as required under Rule 5(f)

CASE CONTINUED TO: June 20, 2022   FOR Jury trial

CASE SET: 2:00   BEGAN: 2:05   ENDED: 2:25   TIME IN COURT: 20 mins

**BOND CONDITIONS:**

\_\_\_\_  RESIDENCE/TRAVEL RESTRICTED TO EDVA
\_\_\_\_  PRETRIAL SUPERVISION
\_\_\_\_  NO DRUGS
\_\_\_\_  NO FIREARMS
\_\_\_\_  NO ALCOHOL  \_\_\_ NO EXCESSIVE USE OF ALCOHOL
\_\_\_\_  MAINTAIN/SEEK EMPLOYMENT  \_\_\_\_  SHOW PROOF OF INCOME
\_\_\_\_  AVOID CONTACT WITH POTENTIAL WITNESSES, VICTIMS, ETC.
\_\_\_\_  SUBSTANCE ABUSE TESTING  \_\_\_\_ TREATMENT  \_\_\_ PAY COSTS AS DIRECTED
\_\_\_\_  MENTAL HEALTH EVALUATION AND/OR TREATMENT \_\_\_\_ PAY COSTS
\_\_\_\_  ELECTRONIC MONITORING  \_\_\_ PAY COSTS
\_\_\_\_  3RD PARTY CUSTODIAN
\_\_\_\_  MAINTAIN CONTACT WITH ATTORNEY
\_\_\_\_  SURRENDER PASSPORT -- OBTAIN NO OTHER TRAVEL DOCUMENTS
\_\_\_\_  IF DEFENDANT PLEADS GUILTY OR IS FOUND GUILTY REPORT TO USPO
\_\_\_\_  MAY REPORT TO AUSA WITH APPROVAL OF ATTORNEY
\_\_\_\_  CUSTODIAN MUST IMMEDIATELY REPORT ANY VIOLATION OF CONDITIONS

ADDITIONAL CONDITIONS: _____

_____

_____

_____

-   Pretrial supervision by the US Probation office; Continue or actively seek employment; Surrender your passport and do not obtain no new passport or travel documents; Travel restricted to the Commonwealth of VA and the Commonwealth of Pennsylvania without permission from the Court or Pretrial Services. Travel is permitted to New Jersey as needed for family matters. Travel is approved to Georgia on December 24, 2021-January 1, 2022; Defendant is not to possess a firearm or other weapon; Do not use alcohol excessively; Do not use or possess a narcotic drug or controlled substance unless proscribed by a licensed medical practitioner; Submit to drug tested as required by Pretrial; No contact, direct or indirect (including telephone, text message, email, or through intermediaries), with any of the following individuals:

Co-defendant Ksyntoilious Miller;
Any current or former employees/associates of C&D Corporate Services, Creative Capital Partners, RT Crock and Associates, or Consumer Choice Assurance;
Any actual or potential client/customer of C&D Corporate Services, Creative Capital Partners, RT Crock and Associates, or Consumer Choice Assurance, to include any individuals from whom any of those entities successfully or unsuccessfully solicited funds;
Richard T. Crock; and
Jayson Colavalla

Notify current employer—or, if self-employed, current clients and customers—of charges.

Complete bar on any employment in which Defendant would be: Soliciting funds from others; or entrusted with the funds, property, or personal identifying information of others.